AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

RYAN A. PAPLACZYK,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 1:25-cv-81

ROSALIE PAPLACZYK,
a/k/a Rosalie Cervino,
f/k/a Rosalie Gudmundsson,
f/k/a Rosalie Abruzzese,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed May 5, 2025, this case is dismissed without prejudice.

Plaintiff's "Motion to Consolidate Exhibits," (doc.6) and "Emergency to Expediate Hearing," (doc.8), are denied as moot.



| | |
|---|---|
| 5/5/2025 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | *(signature)* |
| | (By) Ann Duke, Deputy Clerk |

GAS Rev 10/2020